# ROBERT STEVENSON

## vs.

## STATE OF MARYLAND.

Appeal from the Circuit Court for Washington County (WAGAMAN, J.).

Criminal proceeding against Robert Stevenson. From a judgment of conviction and sentence, defendant appeals. Affirmed.

The cause was argued, together with the two next preceding, before BOYD, C. J., BRISCOE, THOMAS, PATTISON, URNER, STOCKBRIDGE, ADKINS, and OFFUTT, JJ.

*Scott M. Wolfinger* and *J. Lloyd Harshman,* submitting on brief, for the appellant.

*Alexander Armstrong, Attorney General,* with whom were *Lindsay C. Spencer, Assistant Attorney General,* and *D. Angle Wolfinger, State's Attorney for Washington County,* on the brief, for the State.

BOYD, C. J., delivered the opinion of the Court.

For reasons given in the opinion filed in the case of *Lloyd Reynolds* v. *State of Maryland (ante,* p. 637), this judgment will be affirmed.

*Judgment affirmed, the appellant to pay the costs.*